(122 So. 467)

## LAWSON v. STATE. (8 Div. 97.)

Supreme Court of Alabama. May 9, 1929.

Rehearing Denied May 30, 1929.

O. M. Rains, of Scottsboro, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

BROWN, J. The petitioner's case was affirmed by the Court of Appeals without opinion, and the application for rehearing subsequently filed was stricken, without any reason being stated therefor. Review on certiorari here is limited to a review of the opinion, not the record and judgment of the Court of Appeals. Nothing being presented for review, the writ will be denied.

Writ denied.

SAYRE, THOMAS, and BOULDIN, JJ., concur.